**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MOHAMED MAHMOUD ABDEL-KHALIK,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK,<br><br>Respondent. | ) | No. 2:26-cv-03058-TLP-cgc |

**ORDER DIRECTING RESPONDENT NOT TO REMOVE PETITIONER**

Petitioner Mohamed Abdel-Khalik, a noncitizen detained in the River Correctional Center in Ferriday, Louisiana, petitions pro se for habeas corpus relief under 28 U.S.C. § 2241. (ECF Nos. 2, 10.) At the time Petitioner filed his Petition for Writ of Habeas Corpus, Respondent detained him in the Western District of Tennessee. (ECF No. 2.) On August 31, 2026, the Court ordered that Petitioner not be removed from the Western District of Tennessee under its authority under the All Writs Act, 28 U.S.C. § 1651, while the § 2241 Petition is pending. (ECF No. 6.) Respondent, however, removed Petitioner to River Correctional Center before that Order was issued. (ECF No. 10.) To avoid any confusion about Petitioner's status, the Court **ORDERS** Respondent not to remove Petitioner from the United States while his § 2241 Petition is pending.

**SO ORDERED**, this 30th day of September, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE